**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6137**

---

MICHAEL J. HOINESS,

Plaintiff - Appellant,

v.

DR. ABDUL JALALUDEEN, Physician; KATIE CARTWRIGHT, Physician's Assistant; J. DULEY, Registered Nurse; D. ARMOUT, Deputy; EMMA FLOYD, Registered Nurse,

Defendants - Appellees,

and

NAPHCARE, INC., Health Care Provider,

Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:18-cv-00358-AJT-IDD)

---

Submitted:  June 15, 2023                                      Decided:  June 21, 2023

---

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Michael J. Hoiness, Appellant Pro Se. Grace Morse-McNelis, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Hoiness appeals the district court's order denying his motion under Fed. R. Civ. P. 60(b) to vacate the court's prior order denying relief on Hoiness' 42 U.S.C. § 1983 complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Hoiness' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*